2:22CV37SPC-MRM

UNITED STATES DISTRICT COURT FOR THE
FORT MYERS DIVISION

BROWNIE JACKSON III Y15976
    plaintiff, 2501 Ortiz Ave,
               Ft, myers, FL 33905

complaint
civil Action No.



FILED 1/18/22
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

V.

OFFICER HANSEN
OFFICER ROTHENBERG

**I.** JURISDICTION; VENUE, IN THE UNITED STATES DISTRICT COURT FOR THE FT. MYERS DIVISION.

.. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C Section 1331 and 1343 (a)(3) Plaintiff seeks declatory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiffs claims for injunctive relief are authorized by 28 U.S.C Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

.. The United States District Court For the Fort Myers Division is an appropriate venue under 28 U.S.C Section 1391(b)(2) because , where the events giving rise to this claim occurred.

**II.** Plaintiffs, Brownie Jackson III.

. Plaintiff, Brownie Jackson III, is and was at all times mentioned herein a prisoner of the United State of Florida in the custody of the Lee County Sheriffs Department. He is currently confined in the Lee County Sheriffs Dep, 2501 Ortiz ave, FT Myers FL 33

**III** Defendants, OFFICER HANSEN   & OFFICER ROTHENBERG   ARE ACTIVE EMPLOYEES OF THE LEE COUNTY SHERIFF DEPARTMENT. BOTH ARE RESPONSABLE FOR THE OPERATIONS OF THE LEE COUNTY SHERIFFS DEPARTMENT.

5. OFFICER HANSEN   & OFFICER ROTHENBURG ARE LEGALLY RESPONSABLE FOR THE OPERATION OF LEE COUNTY SHERIFFS DEP. AND FOR THE WELFARE OF ALL THE INMATES AT THE JAIL.

6. Defendants, OFFICER HANSEN & OFFICER ROTHENBERG, are corrections officers of the Lee County Sheriffs Dep. which, at all times mentioned in this complaint, held the rank of correctional officers and were assigned to Lee County Sheriffs Dep at

7. Each Defendant is sued individually and in his official capacity. At all times mentioned in this complaint each acted under the color of state law.

**III** Facts.

8. On 08/9/2019, I, Brownie Jackson was called for Meds and followed protocol according to 4 H, proceeding to obtain my medication for blood pressure. Between 7 and 9 Am, I Brownie Jackson placed my arm through the flap in order to have my pressure taken by the nurse. As Nurse Hair followed her job instructions officer Hansen said something belligerant I couldn't quite make out, as the Nurse was speaking at the same time. As officer Hansen gets closer to the flap, that's when I notice he's yelling, "I told you to get off the fucking flap!" As he proceeds to grab my arm and literally "yank's it" through the flap almost as if he were trying to pull me and my entire body through the little opening. Completely unecessary, and unprofessional. I responded immediately, "I cannot lock down until I receive my medication, I have high blood pressure and need my medication!" I requested to see a sergeant and that is when I noticed the H&R

415976
2501 Ortiz Ave.
Ft. Myers, FL 33905

with them out of the dorm. I then requested to see the nurse again in order to obtain my medicine. Again, I was told to "shut the 'f' up," as this time the officers shoved me to the ground. "Please officer," I requested, "All I was trying to do is get my blood pressure medication!" and thats when I was totally violated by being picked up off my feet, still in restraints, then slamming me down hard into the visitation booth. My knees were both injured, and my back was displaced as they left me there until Sgt. Miller came to do follow up.

9. I've included all the facts to the best of my knowledge and ability upon information and belief.

10. On 10/01/2019 An incident report was written regarding what transpired on 8/9, ref# 5114361

11. On 10/04/2019 Another incident report was filed, also on Kiosk regarding officer negligence, ref# 51334 The Lee County Sheriff's Department's officers HANSEN, and Rothenberg caused and attributed to a beating/deliberate indifference situation beyond Mr. Jackson III control. Brawnie Jackson's constitutional rights were violated, in particular, his eighth Amendment rights were violated when officer's Hansen, and officer Rothenberg slammed him to the ground without incident, and while restrained. See Hudson V McMillian, 503 US .1 (1992) The court held that a guards use of force violates the Eighth Amendment when it is not applied "in a good faith effort to maintain or restore discipline," but is instead is used to "Maliciously and Sadistically cause harm."

The Rule. A use of force is excessive and violates the eighth Amendment when it is not applied in an effort to maintain or restore discipline. Jackson III was in no way causing a disruption of any such magnitude which needed discipline restoration. Nurse Hair is the most credible witness, as such, her testimony solidifies the fact, the action applied to Brawnie Jackson III was unnecessary and wanton infliction of pain where his Eighth Amendment has been violated.

12. The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured ✱ See medical Att. by the conduct of the defendants unless this court grants the declatory and injunctive relief which plaintiff seeks. X Brawnie Jackson III 1/10/2022  X Brawnie Jackson III

✱ AS FOR ATTATCHMENTS AND SUPPORTIVE DOCUMENTS, PLEASE CONTACT TDEBATTE @ Lee County Jail with reference # 5114367 & Reference # 51334

V. Wherefore, plaintiff respectfully prays that this court enter judgement granting plaintiff

13. A declaration that the acts and omissions described herein violated plaintiff's right under the Constitution and laws of the United States.

14. A peliminary and permanent injunction ordering defendants Hansen, and Rottenbi to stop using excessive force and brutality on inmates holding DE MINIMIS and or common ictions.

15. Compensatory damages in the amount of $75,000.00 against each defendant, jointly and se

16. Punitive damages in the amount of $75,000.00 against each defendant.

17. A jury trial on <u>all</u> issues triable by jury.

18. Plaintiff's costs in the suit

19. Any additional relief this court deems just, proper, and equitable.

Dated <u>01/10/2022</u>

Respectfully Submitted

Brownie Jackson III
2501 Ortiz ave
Ft. Myers. Fl. 33905

I have read the forgoing complaint and hereby verify that the matters alle therein are true, except as to matters alleged on information and belief, an as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Fort Myers, Fl. [01/10/2022]

(X) _Brownie Jackson III_    Y15974
                              2501 Ortiz Ave,
Brownie Jackson III    Ft. Myers, FL 33905